**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6296**

_____

DEONTE STEVEN BROWN,

        Petitioner - Appellant,

    v.

SAMUEL WISE, Warden,

        Respondent - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Henry M. Herlong, Jr., Senior District Judge.  (5:21-cv-01890-HMH)

_____

Submitted:  February 27, 2024                    Decided:  February 29, 2024

_____

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Christopher Reginald Geel, GEEL & GENTRY, LLC, Charleston, South Carolina, for Appellant.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deonte Steven Brown seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on Brown's 28 U.S.C. § 2254 petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 580 U.S. 100, 115-17 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Brown has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*